**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASMINE MASIHY,<br><br>              Plaintiff,<br><br>vs.<br><br>HEARTBEAT CARDIOVASCULAR MEDICAL GROUP, a business entity, form unknown; and DOES 1 through 50, inclusive,<br>              Defendants. | Case No.: CV08-01260 MMM (PLAx)<br>Judge:  Margaret M. Morrow<br>Room:   780 (Roybal Bldg.)<br><br>[~~PROPOSED~~]<br>**ORDER RE: STIPULATION OF DISMISSAL** |

   The Court having considered the Stipulation of the Parties to dismiss the entire action, IT **IS HEREBY ORDERED** that the entire action is dismissed with prejudice.

Dated:  October 14, 2008, 2008

_Margaret M. Morrow_
Hon. Margaret M. Morrow
United States District Judge

---

1
ORDER RE: STIPULATION OF DISMISSAL

700785.1